LAURIETTA E. YEHLE, Appellant, *v.* NEW YORK CENTRAL RAILROAD
COMPANY, Respondent.

JOSEPH C. YEHLE, Appellant, *v.* NEW YORK. CENTRAL RAILROAD
COMPANY, Respondent.

Argued March 5, 1946; decided April 18, 1946.

*Salvador J. Capecelatro* and *Stephen L. Waszkiewicz* for appellants.

*Warnick J. Kernan* for respondent.

Judgments affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER and DYE, JJ. MEDALIE, J., deceased.